UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

2006 MAR 29 P 4:01

Pamela Pelzer,                              )
                                            )    Civil Action No. 2:05-3505-SB
                          Plaintiff,        )
                                            )           **O R D E R**
            -vs-                            )
                                            )
Social Security Disability; and            )
Workers Compensation Disability,           )
                                            )
                          Defendants.       )
_____)



This matter is before the Court on the pro se Plaintiff's complaint, seeking the

"release of funds" from the Social Security Administration and/or the "Worker

Compensation Disability/Board, Albany, NY." By local rule, this action was referred

to United States Magistrate Judge George C. Kosko for initial review.

On January 20, 2006, the Magistrate Judge issued a report recommending

that this action be dismissed without prejudice and without issuance or service of

process. Specifically, the Magistrate Judge concluded that the Plaintiff had failed

to exhaust her available remedies before the Social Security Administration, and

that a federal court could not directly review the decision of a state agency such as

the Workers Compensation Disability Board. Attached to the report was a notice

advising the Plaintiff that she had ten days in which to file specific, written

objections.

On February 21, 2006, the Plaintiff submitted a hand-written letter, set forth

here verbatim:

> I've file my last claim a few weeks ago, and somehow I am not coming
> up with a positive responds.

I also enclosed the ownership of social security disability organization on my application, within maybe 1-2 letters or application for court and I am still getting a negative responds. Can you view my last responds and respond asap.

The Plaintiff's submission does not indicate precisely how the Magistrate Judge's report and recommendation is erroneous; rather, it is a general objection to not getting the relief she requests. Because the Plaintiff is required to file specific objections to the Magistrate Judge's findings and recommendations, see 28 U.S.C. § 636(b), this Court has no information upon which to conduct a de novo review. E.g., Howard v. Sec'y of Health & Human Servs., 932 F.2d 505, 508-09 (6th Cir. 1991) ("A general objection to the entirety of the report has the same effects as would a failure to object. The district court's attention is not focused on any specific issues for review, thereby making the initial reference to the [magistrate judge] useless.").

Based on the foregoing, it is

ORDERED that the Magistrate Judge's report and recommendation is affirmed and adopted; and this action is dismissed without prejudice and without issuance or service of process.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

March 29, 2006
Charleston, S.C.